# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**GERALD CONNER, #139514**                                                       **PETITIONER**

**VERSUS**                           **CIVIL ACTION NO. 3:09-cv-409-HTW-LRA**

**STATE OF MISSISSIPPI**                                                        **RESPONDENT**

## ORDER TRANSFERRING CAUSE TO UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

Petitioner submitted to this Court a petition for habeas corpus relief pursuant to Title 28 U.S.C. § 2254. Petitioner indicates that he is currently serving a state sentence for manslaughter rendered by the Lowndes County Circuit Court, located in the Northern District of Mississippi. Petitioner is currently confined in the Central Mississippi Correctional Facility, Pearl, Mississippi, located in the Southern District of Mississippi.

Title 28 U.S.C. § 2241(d) states that when a person files an petition for a writ of habeas corpus and is in custody under the judgment and sentence of a state court with two or more federal judicial districts, the petition may be filed in the district court for the district where the person is in custody or in the district court for the district within which the state court was held that convicted and sentenced the person, and each district shall have concurrent jurisdiction. Further, the district court in which the petition is filed may in the exercise of its discretion and in furtherance of justice transfer the petition to the other district court for hearing and determination. Since Petitioner is serving a state sentence from Lowndes County Circuit Court which is in the Northern District of Mississippi, this case will be transferred to the United States District Court for the Northern District of Mississippi. In

the exercise of this Court's discretion and in the furtherance of justice, it is hereby,

ORDERED that this petition for habeas relief be transferred to the United States District Court for the Northern District of Mississippi and that the petition shall be received in accordance with the orders and local rules of that court and any applicable statute or law.

SO ORDERED AND ADJUDGED, this the 29th day of July, 2009.

                                            s/ HENRY T. WINGATE
                                            CHIEF UNITED STATES DISTRICT JUDGE

**CIVIL ACTION NO. 3:09-cv-409-HTW-LRA**

Order Transferring Cause to United States District Court
  for the Northern District of Mississippi